## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Pennsylvanians for Union Reform,   :
                Petitioner  :
                           :
      v.                   :      No. 1852 C.D. 2015
                           :
Pennsylvania Department of State,   :
              Respondent :

# **O R D E R**

NOW, July 1, 2016, upon consideration of petitioner's application for reargument and respondent's answer in response thereto, the application is denied.

 

MARY HANNAH LEAVITT,
President Judge